AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Melissa J., by and through her parents,
Mr. and Mrs. J.

V.

Concord-Carlisle Regional
School District

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-12569 RWZ**

TO: (Name and address of Defendant)

Brenda Finn, Superintendent
Concord-Carlisle Regional School District
120 Meriam Road
Concord, MA 01742

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard F. Howard, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 12/19/03

(By) DEPUTY CLERK

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/23/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard F. Howard, Esq. | Counsel for the Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Sent by Certified Mail, Return Receipt Requested pursuant to Fed.R.Civ.Pro. 4(j)(2) and Mass.R.Civ.Pro. 4(d)(5).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01/08/04
              Date

*Signature of Server*

Kotin, Crabtree & Strong, LLP
One Bowdoin Square, Boston, MA  02114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## KOTIN, CRABTREE & STRONG, LLP
ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

TELEPHONE (617) 227-7031
FACSIMILE (617) 367-2988
EMAIL KCS@KCSLEGAL.COM
WWW.KCSLEGAL.COM

OF COUNSEL
DANIEL T. S. HEFFERNAN
AMY H. WEINSTEIN
MARYANN C. CASSIDY
LAUREL H. SIEGEL
AMY C. MARNELLI**

**ALSO ADMITTED IN RI

FILED IN CLERKS OFFICE
2004 JAN -9 A 11: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

January 8, 2004

Lisa Urso, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02110

Re: Melissa J., et al.
Concord-Carlisle Regional School District, et al., Civil Action No. 03-12569RWZ

Dear Ms. Urso:

Enclosed please find an Original Summons and Return of Service for filing in the above-reference matter:

Thank you for your assistance.

Very truly yours,

Richard F. Howard

Enclosures

cc: Mr. and Mrs. J.
    Mary Gallant, Esq.