UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA J. by and through her parents, MR. and MRS. J.<br><br>v.<br><br>CONCORD-CARLISLE REGIONAL SCHOOL DISTRICT | CIVIL ACTION NO: 03-12569RWZ |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs George J. and Judy J., pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action as against defendant. Pursuant to the terms of a settlement between the parties, this dismissal is with prejudice.

THE PLAINTIFFS,
By their attorneys,

Date: March 10, 2004

Robert K. Crabtree, BB0#103860
Richard F. Howard, BB0#241980
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

I, Robert K. Crabtree, hereby certify that I have this day mailed a copy of the foregoing by first class mail, postage prepaid to the attorney for the defendant.

Dated: March 10, 2004

Robert K. Crabtree

# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 227-7031
FACSIMILE (617) 367-2988
EMAIL KCS@KCSLEGAL.COM
WWW.KCSLEGAL.COM

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

OF COUNSEL
DANIEL T.S. HEFFERNAN
AMY H. WEINSTEIN
MARYANN C. CASSIDY
LAUREL H. SIEGEL

March 10, 2004

Lisa Urso, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02110

  Re: Melissa J., et al.
    <u>Concord-Carlisle Regional School District, et al., Civil Action No. 03-12569RWZ</u>

Dear Ms. Urso:

  Enclosed please find a Notice of Voluntary Dismissal for filing in the above-reference matter.

  Thank you for your assistance.

           Very truly yours,

           Robert K. Crabtree

Enclosure

cc: Mr. and Mrs. J.
   Mary Gallant, Esq.